UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAURICE GRUNBERG,

                 Plaintiff,

-against-

BOARD OF EDUCATION FOR THE CITY
SCHOOL DISTRICT OF THE CITY OF
NEW YORK; THE OFFICE OF THE
SPECIAL COMMISSIONER OF
INVESTIGATIONS FOR THE NEW YORK
CITY SCHOOL DISTRICT; and THE
CITY OF NEW YORK

                 Defendants.
----------------------------------------------------------------X

JUDGMENT
00-CV-4124 (DGT)



A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on March 30, 2006, granting defendant's motion for summary judgment as to plaintiff's procedural due process, substantive due process, and state law defamation claim; and dismissing without prejudice plaintiff's remaining state law claim for breach of contract; it is

ORDERED and ADJUDGED that defendant's motion for summary judgment is granted as to plaintiff's procedural due process, substantive due process, and state law defamation claim; and that plaintiff's remaining state law claim for breach of contract is dismissed without prejudice.

Dated: Brooklyn, New York
       March 30, 2006

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court